## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>WELLS FARGO FUNDING, et al. | Case Number: 08-cv-1806<br><br>Judge Elaine E. Bucklo |
| v. | Magistrate Judge Cole |

DRAPER & KRAMER MORTGAGE CORP., et. al.
AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WELLS FARGO FUNDING, a Minnesota corporation, and WELLS FARGO BANK, N.A., a national banking association

| | |
|---|---|
| **NAME** (Type or print)<br>Thomas M. Crawford | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas M. Crawford | |
| **FIRM**<br>LITCHFIELD CAVO LLP | |
| **STREET ADDRESS**<br>303 West Madison, Suite 300 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>A.R.D.C. No. 06210832 | **TELEPHONE NUMBER**<br>(312) 781-6679 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐