# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08-cv-1806
WELLS FARGO FUNDING, et al.
                                                          Judge Elaine E. Bucklo
v.
                                                          Magistrate Judge Cole

DRAPER & KRAMER MORTGAGE CORP., et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WELLS FARGO FUNDING, a Minnesota corporation, and WELLS FARGO BANK, N.A., a national banking association

| | |
|---|---|
| NAME (Type or print) | |
| Kevin A. Titus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Kevin A. Titus | |
| FIRM | |
| LITCHFIELD CAVO LLP | |
| STREET ADDRESS | |
| 303 West Madison, Suite 300 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| A.R.D.C. No. 6217520 | (312) 781-6668 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐