# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>WELLS FARGO FUNDING, et al.<br><br>v.<br><br>DRAPER & KRAMER MORTGAGE CORP., et. al. | Case Number: **08-cv-1806**<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Cole |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WELLS FARGO FUNDING, a Minnesota corporation, and WELLS FARGO BANK, N.A., a national banking association

| | |
|---|---|
| NAME (Type or print)<br>Daniel G. Litchfield | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel G. Litchfield | |
| FIRM<br>LITCHFIELD CAVO LLP | |
| STREET ADDRESS<br>303 West Madison, Suite 300 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>A.R.D.C. No. 06185695 | TELEPHONE NUMBER<br>(312) 781-6667 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |