# Affidavit of Process Server

| Wells Fargo Funding et al. | vs | Draper d Kramer, et al. | 08cv1806 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I, **Aaron Willoughby**,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Draper & Kramer, Inc**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒ Summons and Complaint

by serving (NAME) **Noelle Critz legal Dept Authorize To Accept Service**

at ☐ Home _____
☒ Business **33 W Monroe St Chicago, IL**
☒ on (DATE) **4-14-08** at (TIME) **10:16 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Noelle Critz**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____
DATE TIME    DATE TIME

( )_____, ( )_____, ( )_____
DATE TIME    DATE TIME    DATE TIME

**Description:**
☐ Male / ☒ Female
☐ White Skin / ☒ Black Skin / ☐ Yellow Skin / ☐ Brown Skin / ☐ Red Skin
☒ Black Hair / ☐ Brown Hair / ☐ Blond Hair / ☐ Gray Hair / ☐ Red Hair
☐ White Hair / ☐ Balding / ☐ Mustache / ☐ Beard
☐ 14-20 Yrs. / ☒ 21-35 Yrs. / ☐ 36-50 Yrs. / ☐ 51-65 Yrs. / ☐ Over 65 Yrs.
☐ Under 5' / ☐ 5'0"-5'3" / ☒ 5'4"-5'8" / ☐ 5'9"-6'0" / ☐ Over 6'
☐ Under 100 Lbs. / ☐ 100-130 Lbs. / ☒ 131-160 Lbs. / ☐ 161-200 Lbs. / ☐ Over 200 Lbs.
☐ Glasses

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this **14** day of **April**, 20 **08**

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WELLS FARGO FUNDING, et al.,

CASE NUMBER: 08-cv-01806

V.

ASSIGNED JUDGE: Elaine E. Bucklo

DRAPER & KRAMER MORTGAGE CORP., et al.,

DESIGNATED MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

Draper & Kramer, Inc.
c/o Its Registered Agent
Lorraine N. Madsen
33 West Monroe Street
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Crawford
LITCHFIELD CAVO LLP
303 West Madison, Suite 300
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*/s/ J. Cervantes*
(By) DEPUTY CLERK

APR 1 0 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                    Signature of Server

_____
Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.