# Affidavit of Process Server

Wells Fargo Funding etc. vs Draper & Kramer, et al. 08CV1806

PLAINTIFF/PETITIONER                    DEFENDANT/RESPONDENT          CASE #

Being duly sworn, on my oath, _AARON WILLOUGHBY_,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**  I served _OKH, INC._
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)   ☐ Subpoena with $_____ witness fee and mileage

☒ _Summons and Complaint_

by serving (NAME) _NOELLE CRITZ (Legal Dept Authorize To Accept Service_

at ☐ Home____

　☒ Business _33W monroe St Chicago IL  Ste 1900_

　☒ on (DATE) _4-14-08_ ___ at (TIME) _10:16 Am_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____.

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _NOELLE CRITZ_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address          ☐ Evading                          ☐ Other: _____
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____,
　　　　　　　　　　　　　　　　　　DATE  TIME　　　　　　　　　DATE  TIME

( )_____, ( )_____, ( )_____,
　DATE  TIME　　　　　DATE  TIME　　　　　DATE  TIME

**Description:**
| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois     County of Cook

Subscribed and sworn to before me,
a notary public, this ___14___ day of ___April___, 20_08_

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NARPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

WELLS FARGO FUNDING, et al.,

| | |
|---|---|
| CASE NUMBER: | 08-cv-01806 |

V.

ASSIGNED JUDGE:  Elaine E. Bucklo

DRAPER & KRAMER MORTGAGE CORP., et al.,

DESIGNATED MAGISTRATE JUDGE:  Jeffrey Cole

TO: (Name and address of Defendant)

DKH, Inc.
c/o Its Registered Agent
Lorraine N. Madsen
33 West Monroe Street
Chicago, Illinois 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Crawford
LITCHFIELD CAVO LLP
303 West Madison, Suite 300
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____

(By) DEPUTY CLERK

APR 1 0 2008

_____

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    **G** Served personally upon the defendant. Place where served: _____

_____

    **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    **G** Returned unexecuted: _____

_____

_____

    **G** Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
          Date            *Signature of Server*

                   _____
                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.