IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO FUNDING, WELLS FARGO BANK, N.A., | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) ) ) | No. 08 C 1806<br><br>Judge Bucklo<br>presiding |
| DRAPER & KRAMER MORTGAGE CORP., DRAPER AND KRAMER, INCORPORATED, and DKH, Inc., | ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER**

Defendants Draper and Kramer Mortgage Corp., Draper and Kramer, Incorporated, and DKH, Inc., by their attorney, John J. Lydon, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, having conferred with the Plaintiffs' attorney who does not oppose this motion, respectfully moves this court to enlarge the time to file its answer to the plaintiff's Complaint to and until May 22, 2008.

Respectfully submitted,
Draper and Kramer Mortgage Corp., and
Draper and Kramer, Incorporated,


By:      /s/ John J. Lydon
        One of its attorneys

ohn J. Lydon, Esq.
Nazia J. Hasan, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

CERTIFICATE OF SERVICE

      I, John J. Lydon, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on May 1, 2008.

                                                /s/ John J. Lydon

K:\JJL\CASES\41287 (Wells Fargo v. D & K Mtge)\Motions\Motion for Enlargment of Time to Answer.wpd