IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO FUNDING, WELLS FARGO BANK, N.A., | ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) ) ) ) | No. 08 C 1806<br><br>Judge Bucklo<br>presiding |
| DRAPER & KRAMER MORTGAGE CORP., DRAPER AND KRAMER, INCORPORATED, and DKH, Inc., | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   SEE CERTIFICATE OF SERVICE

Please take notice that on **Wednesday, May 7, 2008** at 9:30 a.m., defendant, by counsel, will appear before the Hon. John Grady, in Courtroom 1441, United States District Court, 219 South Dearborn Street, Chicago, Illinois and present Defendants Unopposed Motion for Enlargement of Time to Answer.

> Respectfully submitted,
> Draper and Kramer Mortgage Corp., and
> Draper and Kramer, Incorporated,
>
>
> By:    /s/ John J. Lydon

John J. Lydon, Esq.
Nazia J. Hasan, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

CERTIFICATE OF SERVICE

      I, John J. Lydon, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on May 1, 2008.


                /s/ John J. Lydon