IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO FUNDING, WELLS FARGO BANK, N.A., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) No. 08 C 1806 ) ) Judge Bucklo ) presiding |
| DRAPER & KRAMER MORTGAGE CORP., DRAPER AND KRAMER, INCORPORATED, and DKH, Inc., | ) ) ) ) |
| Defendants. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

Plaintiffs Wells Fargo Funding and Wells Fargo Bank, N.A., by their attorneys, Thomas M. Crawford and Kevin A. Titus, and Defendants Draper and Kramer Mortgage Corp., Draper and Kramer, Incorporated, and DKH, Inc., by their attorneys, John J. Lydon and Nazia J. Hasan, hereby submit the following report regarding their planning meeting:

1. **Meeting**. Pursuant to FED. R. CIV. P. 26(f), a meeting was held on May 19, 2008 at the offices of the Plaintiffs' attorneys and was attended by :

Thomas M. Crawford and Kevin A. Titus for plaintiffs, and

John J. Lydon and Nazia J. Hasan for defendants.

2. **Pre-trial Schedule**. The parties jointly propose to the court the following discovery plan:

　　a.　Discovery will be needed on the following subjects:

　　　　i.　The reasons given for the demands to repurchase each of the loans

      at issue;

   ii.     The current state of the title for each of the properties involved in the loans at issue;

   iii.    The foreclosures instituted by the Plaintiff for each of the properties at issue;

   iv.    The efforts of the Plaintiff to mitigate its damages with respect to the eleven loans at issue;

   v.     The value of each of the properties involved in the loans at issue;

   vi.    Any issue raised in the Plaintiffs' complaint; and

   vii.   Any issue raised in the Defendants' answer and affirmative defenses.

b. Disclosures pursuant to Pursuant to FED. R. CIV. 26(a)(1) to be made by June 20, 2008. All discovery to be commenced in time to be completed by November 22, 2008.

c. The parties are unable to estimate the number of depositions at this time because the many of the reasons for repurchase demands are unknown.

d. Reports from retained experts under Rule 26(a)(2) due:

      from plaintiff(s) by January 22, 2008.

      from defendant(s) by February 22, 2009.

e. All potentially dispositive motions should be filed by March 22, 2009. [Note: The court will not consider a summary judgment motion until the parties have first discussed settlement. Any motion for summary judgment

      must be accompanied by a statement signed by lead counsel for both parties certifying that they have engaged in good faith settlement efforts.]

    f.    Final pretrial order: Plaintiff to prepare proposed draft by July 1, 2009; parties to file joint final pretrial order by July 15, 2009.

    g.    The case should be ready for trial by July 15, 2009 and, at this time, the parties cannot reasonably estimate the time needed for trial.

3.    **Settlement**.  Upon the commencement of the case, the parties themselves embarked on settlement negotiations.  Those negotiations are ongoing.

4.    **Consent**.  Parties do not consent unanimously to proceed before a Magistrate Judge.


Respectfully submitted,

| | |
|---|---|
| Wells Fargo Funding and | Draper and Kramer Mortgage Corp., and |
| Wells Fargo Bank, N.A., | Draper and Kramer, Incorporated, |

By: \_\_\_\_/s/ Thomas M. Crawford\_\_\_\_\_      By: \_\_\_\_\_/s/ John J. Lydon_____
                                                                                                                One of its attorneys

| | |
|---|---|
| Thomas M. Crawford, Esq. | John J. Lydon, Esq. |
| Kevin A. Titus, Esq. | Nazia J. Hasan, Esq. |
| Litchfield Cavo LLP | Gomberg, Sharfman, Gold & Ostler, P.C. |
| 303 W. Madison, Suite 300 | 208 South LaSalle St., Suite 1200 |
| Chicago, Illinois 60606 | Chicago, Illinois 60604 |
| (312) 781-6679 (Crawford) | (312) 332-6194 |
| (312) 781-6630 (fax) | fax (312) 332-4083 |

CERTIFICATE OF SERVICE

      I, John J. Lydon, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on May 20, 2008.

                      /s/ John J. Lydon

K:\JJL\CASES\41287 (Wells Fargo v. D & K Mtge)\Misc\Report of Planning Meeting version 3.wpd