**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Wells Fargo Funding, et al.

                                            Plaintiff,

v.                                                                         Case No.: 1:08–cv–01806
                                                                       Honorable Elaine E. Bucklo

Draper & Kramer Mortgage Corp.,, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling conference held. The court accepts the order filed by the parties on 5/21/2008. All discovery to be commenced in time to be completed by 11/22/2008. All potentially dispositive motions to be filed by 3/22/2009. Joint final pretrial order to be filed on 7/15/2009. Status hearing set for 8/15/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.